UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

EMILIO FUSCO,

                                                             Petitioner,

    **-v.-**

                                             Civil Action No.
                                           9:05-cv-41 (GLS/DRH)

D.B. DREW,

                                             Respondent.

--------------------------------------------------------------------------------

APPEARANCES:                         OF COUNSEL:

**FOR THE PETITIONER:**

EMILIO FUSCO
Petitioner Pro Se
167 Kenmore Drive
Longmeadow, Massachusetts 01106

**FOR THE RESPONDENT:**

HON. GLENN T. SUDDABY          CHARLES E. ROBERTS, ESQ.
United States Attorney for the
Northern District of New York
Attorney for Respondent
100 South Clinton Street
Syracuse, New York 13261-7198


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David E. Homer, duly filed June 27, 2007. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed June 27, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is DENIED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of the Respondent and close this case.

IT IS SO ORDERED

Dated:   July 31, 2007
         Albany, New York

Gary L. Sharpe
U.S. District Judge

2